JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

John L. Carlton (SBN 088925)
John.Carlton@aporter.com
Danika B. Vittitoe (SBN 235337)
Danika.Vittitoe@aporter.com
Courtney Stuart-Alban (SBN 225513)
Courtney.Alban@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREL FRESQUEZ, by her next friend, DENISE DEVEREAUX; KELSEA REGIER, by her next friends, D. RANDY REGIER and DEENA L. REGIER; CAMBRIA ULLOM by her next friend PAUL ULLOM; ALLISON YOHO, by her next friends NANCY YOHO and STEVE YOHO; and STEVE MARION;<br><br>          Plaintiffs,<br><br>    v.<br><br>DIANE BROWN; LEWIS KERNS; LONG BEACH UNIFIED SCHOOL DISTRICT; and LONG BEACH UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION;<br><br>          Defendants. | Case No. CV 07-4969 GAF (JWJx)<br><br>[PROPOSED] JUDGMENT<br><br>Trial Date: February 19, 2008<br>Time:       8:30 a.m.<br>Place:       Courtroom 740,<br>                 Roybal Federal Building<br><br>Hon. Gary A. Feess |

1  This Court, having duly considered the evidence and arguments presented by
2  the parties at trial, and having made the Findings of Fact and Conclusions of Law
3  filed concurrently herewith and incorporated herein by reference, **IT IS HEREBY**
4  **ORDERED, ADJUDGED AND DECREED THAT:**
5    1. Defendants Diane Brown ("Brown"), Lewis Kerns ("Kerns"), Long
6  Beach Unified School District ("the District"), and Long Beach Unified School
7  District Board of Education ("the Board") (collectively, "Defendants") forthwith shall
8  restore the Girls' Gymnastics Team (also "Gymnastics Team" and "Team") at
9  Woodrow Wilson Classical High School ("Wilson") to full accommodation in, and
10 use of, the Gymnastics Room on the Wilson campus as the Gymnastics Team's
11 dedicated practice facility, as it was prior to July 13, 2007. In connection with this
12 obligation, but not by way of limitation:
13    (a) Defendants shall replace the spring floor in the Gymnastics Room.
14 If the spring floor was damaged or compromised when Defendants removed it from
15 the Gymnastics Room, Defendants are ordered to purchase materials and make such
16 repairs as may be necessary to restore the spring floor to its former state. If the spring
17 floor was rendered unusable due to damage incurred upon or after its removal from
18 the Gymnastics Room, Defendants shall purchase for the Gymnastics Room a
19 replacement spring floor of at least comparable quality.
20    (b) Defendants shall make such modifications as are necessary to
21 bring the Gymnastics Room, with the spring floor in place, into compliance with all
22 applicable building, safety, and disability access codes, including fire exit, disability
23 access, and general ingress and egress requirements. Such modifications shall in no
24 way compromise or limit the utilization of the spring floor by the Girls' Gymnastics
25 Team, and, specifically, such modifications shall not diminish the size of the
26 Gymnastics Team's spring floor.
27
28

1     (c) Defendants shall forthwith purchase and replace the matting that,
2  prior to July 13, 2007, was placed along that section of the spring floor closest to the
3  south wall of the Gymnastics Room. Defendants shall purchase a forty-four-foot by
4  six-foot by two-inch (44' x 6' x 2)" strip of foam bonded to red carpet to be cut to fit
5  the forty-four-foot by three-foot-eight-inch (44' x 3'8") space.
6     (d) Defendants shall forthwith purchase materials and replace the
7  raised portion of the vaulting runway that, prior to July 13, 2007, was placed in the
8  apparatus side of the Gymnastics Room. This raised section of vaulting runway shall
9  consist of two (2) four-foot by eight-foot (4' x 8)' pieces of plywood, the first
10 equipped with springs, like a section of the spring floor, and held in place by two (2)
11 two-foot long (2') plywood sideboards, and the second without springs but also held
12 in place by two (2) two-foot (2') plywood sideboards.
13    (e) Defendants shall replace all base mats that were in place in the
14 Gymnastics Room prior to July 13, 2007, including:
15     (i) Four (4) seven-foot-two-inch by fifteen-foot-six-inch by
16  two-inch (7'2" x 15'6" x 2") base mats for the high balance beam area;
17     (ii) Two (2) seven-foot-two-inch by eighteen-foot by two-inch
18  (7'2" x 18' x 2") base mats for the vaulting and low beam areas; and
19     (iii) Four (4) seven-foot-six-inch by twelve-foot by two-inch
20  (7'6" x 12' x 2") base mats for the bars area.
21    (f) Defendants shall replace the Girls' Gymnastics Team's two
22 competition landing mats that were torn internally due to improper storage.
23    (g) Defendants shall recover the high balance beam that was torn on
24 or after July 13, 2007.
25    (h) Defendants shall replace the Girls' Gymnastics Team's red
26 spotting belt, which has been missing since on or about July 13, 2007.
27
28

[~~PROPOSED~~] JUDGEMENT

- 3 -

    (i) Defendants shall replace the Girls' Gymnastics Team's safety pad for the uneven parallel bars, which has been missing since July 13, 2007.

    (j) Defendants shall replace the spin/snap lock for the single bar that was broken on or about July 13, 2007.

    (k) Defendants shall replace the stripped spin lock for the balance beam that was damaged on or about July 13, 2007.

  2. Defendants are enjoined from scheduling other classes in the Gymnastics Room while the Girls' Gymnastics Team holds its practices there.

  ~~3. Should coaches, other than the coach of the Girls' Gymnastics Team, continue to make use of the coach's office adjacent to the apparatus-side of the Gymnastics Room, Defendants shall instruct such coaches and their athletes to enter the coach's office through the foyer to the big gymnasium and at no time through the Gymnastics Room.~~

  ~~4. If the coach of the Girls' Gymnastics Team is not restored to the coach's office adjacent the Gymnastics Room, Defendants shall install a telephone for use in making emergency calls from the Gymnastics Room in the event that a gymnast or other student is injured while practicing there.~~

  3. Defendants shall provide daily custodial support for maintaining the cleanliness of the Gymnastics Room.

  4. Defendants are enjoined from depriving the Girls' Gymnastics Team of use of the Gymnastics Room, its dedicated practice facility on the Wilson campus, as long as there is interest and ability in the sport of gymnastics among female athletes at Wilson and there remain competitive opportunities for the Girls' Gymnastics Team.

  ~~7. Defendants shall make all reasonable efforts to find, attract, and hire a new coach for the Girls' Gymnastics Team upon any vacancy in that position, as long~~

[~~PROPOSED~~] JUDGEMENT
- 4 -

1  ~~as there is interest and ability in the sport of gymnastics among female athletes at~~
2  ~~Wilson and there remain competitive opportunities for the Girls' Gymnastics Team.~~
3  ~~8.  Defendants are enjoined from any acts or omissions affecting girls'~~
4  ~~gymnastics teams at other Long Beach Unified School District high schools in a~~
5  ~~manner that may diminish competitive opportunities available to the Wilson Girls'~~
6  ~~Gymnastics Team, without the prior approval of this Court.~~

7  ~~9~~ 8.  Any expenditures necessary to comply with this Judgment are not to be
8  made from funds previously dedicated to girls' sports at Wilson.

9   IT IS SO ORDERED.

11  Dated: 5/27/08                    _____
12                                    THE HON. GARY A. FEESS
                                      UNITED STATES DISTRICT COURT JUDGE

14  456891_2.DOC

[~~PROPOSED~~] JUDGEMENT

- 5 -